UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CIRCLE OF SECURITY INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBYN GOBBEL, LLC, a Michigan limited liability company; and ROBYN GOBBEL, an individual, <br><br> Defendants. | C25-0281 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The "Stipulated and Agreed Motion for Extension of Time for Defendants to File their Responsive Pleading", docket no. 9, is GRANTED. Defendants Robyn Gobbel, LLC and Robyn Gobbel's deadline to file a responsive motion or pleading is EXTENDED to June 13, 2025.

(2) The Court notes that no notice of appearance has been entered on behalf of either Defendant. In the certificate of service for the stipulation, docket no. 9 at 3, which has been signed only by Plaintiff's counsel, it is represented that Ashley Callahan of C. Ashley Callahan, P.C. represents both Defendants. To the extent that Ashley Callahan represents any party in this case, Ashley Callahan is ORDERED to file a notice of appearance on or before June 6, 2026.

(3) As stated in the Court's Order, docket no. 5, the parties' combined joint status report was due on May 5, 2025. To date, no joint status report has been filed and no request for an extension of those deadlines has been received by the Court. That the

MINUTE ORDER - 1

parties are engaging in settlement discussions does not absolve them of their responsibilities to abide by the dates and deadlines set by the Court. Nevertheless, given the representations in the "Agreed Motion", docket no. 9, the Court hereby EXTENDS the deadlines in the Court's Order, docket no. 5, as follows: FRCP 26(f) Conference is due June 20, 2025; Initial Disclosures are due July 7, 2025; and Joint Status Report is due July 7, 2025.

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record. Counsel for Plaintiff is ORDERED is email a copy of this Minute Order to Ashley Callahan.

Dated this 27th day of May, 2025.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2